[No. 1408-1.   Division One—Panel 2.   November 20, 1972.]

ESTHER L. KOENIGSLIEB, *Individually and as Administratrix, Appellant,* v. GUS GRATZER *et al., Respondents.*

Appeal from a judgment of the Superior Court for San Juan County, No. 2595, Howard A. Patrick, J., entered December 15, 1971. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris, A.C.J., and James, J.

[No. 1601-1.   Division One—Panel 2.   November 20, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES A. BISI, *Defendant,* JOHN GEORGE HAVERTY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 5065, Alfred O. Holte, J., entered April 7, 1972. *Affirmed* by unpublished opinion per James, J., concurred in by Farris, A.C.J., and Swanson, J.

[No. 668-2.   Division Two.   November 21, 1972.]

DONNA K. PULLIAM, *Respondent,* v. FRANK D. PULLIAM, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 19103, Joseph H. Johnston, J., entered November 18, 1971. *Affirmed* by unpublished per curiam opinion.

[No. 427-3.   Division Three.   November 21, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. FRED EMERY LUDINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 16255, Walter A. Stauffacher, J., entered June 15, 1971. *Reversed* by unpublished opinion per Munson, C.J., concurred in by Green and Edgerton, JJ.